B 2500A (Form 2500A (12/15))

# United States Bankruptcy Court
## Western District of Virginia

| | |
|---|---|
| In re Catherine Cain Tyler<br>Debtor | Case No. 25-60754<br><br>Chapter 7 |
| Dygert Wright Hobbs & Hernandez PLC<br>Plaintiff<br><br>v.<br><br>Catherine Cain Tyler<br>Defendant | Adv. Proc. No. 25-06015 |

## RE-ISSUED SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk: James W. Reynolds, Clerk of Court
U. S. Bankruptcy Court
210 Church Ave. SW
Roanoke, VA 24011

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Joseph W. Wright, III
Dygert, Wright & Hobbs, & Heilberg, PLC
415 4th Street, N.E., Upper Floor
Charlottesville, VA 22902

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. The motion or answer to the complaint shall contain a statement that the defendant does or does not consent to entry of final orders or judgment by the bankruptcy court.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

James W. Reynolds (Clerk of the Bankruptcy Court)

Date: December 03, 2025     By: /s/ Chase Ross
                               (Deputy Clerk)



B 2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, ____R. WAYNE TONKER____ (name), certify that service of this summons and a copy of the complaint was made __TUESDAY, DECEMBER 9, 2025__ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:
    8305 SCHUYLER ROAD, SCHUYLER, VA

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date DECEMBER 10, 2025    Signature _____

Print Name:　　　　R. WAYNE TONKER

Business Address:　　265 TURKEYSAG TRAIL, SUITE 102, #154

PALMYRA, VIRGINIA 22963